IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID C. TATE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-4609 |
| | : | |
| SPECIAL AGENT HASARA, et al. | : | |

## <u>ORDER</u>

AND NOW, this 29th day of September, 2017, upon consideration of the parties' Motions for Summary Judgment and the responses thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

- Plaintiff David C. Tate's Motion for Summary Judgment (Document 50) is DENIED.

- Defendant Daniel Brooks's Motion for Summary Judgment (Document 51) is GRANTED. Judgment is entered in favor of Brooks on all claims in Tate's Amended Complaint.

- Tate's Motion in Limine (Document 57) is DISMISSED as moot.

- The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


_____/s/ Juan R. Sánchez_____
Juan R. Sánchez, J.